914

(July 5, 1967)*

DONALD P. MCNAMARA, Appellant, v. WHITE PLAINS TAXI CO., INC., et al., Respondents.—

Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.

* Not printed with other decisions of July 5, 1967, 28 A D 2d 846. [Rep.